# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
## WESTERN DIVISION

LIONEL HANNA, #55194-004                                              PETITIONER

VERSUS                                     CIVIL ACTION NO. 5:06cv110-DCB-MTP

MICHAEL PETTIFORD, Warden                                             RESPONDENT

## FINAL JUDGMENT

This cause having come before the Court on the Report & Recommendation of the United States Magistrate Judge that Lionel Hanna's Petition for Writ of Habeas Corpus be dismissed with prejudice, and the Court having adopted the same over the Objection of the petitioner after conducting a de novo review of the Report & Recommendation; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Petition is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the   16th   day of May 2008.


                                            s/ David Bramlette
                                        **UNITED STATES DISTRICT JUDGE**